**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01233-CMA-BNB

COS CAPITAL PARTNERS, I, LLC, and
LH CAPITAL PARTNERS, LLC,

     Plaintiffs,

v.

RINEON GROUP, INC.,

     Defendant.

---

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND
ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

This matter is before the Court on Plaintiffs' Motion for Summary Judgment (Doc. # 11), filed on August 31, 2011, and Defendant's Motion for Summary Judgment (Doc. # 21), filed on January 17, 2012.  Both motions are ripe for review.[1]  Upon review of the parties' briefing and the evidence referenced therein, it is apparent that there exist genuine issues of material fact that preclude a grant of summary judgment for either party.

Accordingly, it is ORDERED that Plaintiffs' Motion for Summary Judgment (Doc. # 11) be DENIED.

---

[1] Defendant responded to Plaintiffs' motion on September 26, 2011, and Plaintiffs replied on October 14, 2011.  (Doc. ## 12, 13.)  Plaintiffs responded to Defendant's motion on February 10, 2012, and Defendant replied on February 24, 2012.  (Doc. ## 22, 23.)

It is FURTHER ORDERED that Defendant's Motion for Summary Judgment

(Doc. # 21) be DENIED.

DATED:  April   25  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge