IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01233-CMA-BNB

COS CAPITAL PARTNERS, I, LLC, and
LH CAPITAL PARTNERS, LLC,

    Plaintiffs,

v.

RINEON GROUP, INC.,

    Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED:  May __30__, 2012

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge